UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

                                                             CHAPTER 13
Ian S. Kerr,                                     CASE NO. 13-51561-MBM
Heather A. Kerr,                                JUDGE MARCI B. MCIVOR
                               DEBTORS.

_____/

### ORDER DISALLOWING THE PROOF OF CLAIM OF OCWEN LOAN SERVICING, LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. SUCCESSOR TO JP MORGAN CHASE BANK N.A., AS TRUSTEE FOR RASC 2002-KS4 (PACER CLAIM NO. 3-2) AND THE PROOF OF CLAIM OF OCWEN LOAN SERVICING, LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. SUCCESSOR TO JP MORGAN CHASE BANK N.A., AS TRUSTEE FOR RASC 2002-KS4 (PACER CLAIM NO. 3-1)

       This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

       IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Ocwen Loan Servicing, LLC, as servicing agent for The Bank Of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. successor to JP Morgan Chase Bank N.A., as Trustee for RASC 2002-KS4 (PACER Claim No. 3-2) on September 19, 2013 in the amount of $359,755.06 is disallowed

       IT IS FURTHER ORDERED that the Proof of Claim filed on behalf of Ocwen Loan Servicing, LLC, as servicing agent for The Bank Of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. successor to JP Morgan Chase Bank N.A., as Trustee for RASC 2002-KS4 (PACER Claim No. 3-1) on July 23, 2013 in the amount of $359,755.06 is disallowed;

       IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

.

**Signed on January 17, 2014**

                                                  /s/ Marci B. McIvor
                                                  Marci B. McIvor
                                                  United States Bankruptcy Judge