IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| IN RE: § § | CASE NO. 13-51561-MM |
| IAN S. KERR § | |
| HEATHER A. KERR § | CHAPTER 13 |
|     DEBTOR(S) § § | |
| SPECIALIZED LOAN SERVICING LLC § | |
|     CREDITOR § | |
| VS § | |
| IAN S. KERR § | |
| HEATHER A. KERR § | |
|     RESPONDENTS § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, **Specialized Loan Servicing LLC**, as servicing agent for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS4, ("Creditor"), desires to withdraw its **Proof of Claim (Claim # 12)** in the amount of **$355,344.60** filed on **April 10, 2014**.

Dated: May 15, 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ John R. Callison
John R. Callison
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for Specialized Loan Servicing LLC

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the [16th] day of [May 1, 2014] via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Ian S. Kerr
893 Keaton Drive
Troy, MI 48098-1808

Heather A. Kerr
893 Keaton Drive
Troy MI 48098-1808

**Debtors' Attorney**
John C. Lange
Gold Lange & Majoros Pc
24901 NORTHWESTERN HWY STE 444
SOUTHFIELD, MI 48075-2204

**Chapter 13 Trustee**
David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, Michigan 48076-4251

**US Trustee**
Office of the US Trustee
211 West Fort, Ste 700
Detroit, Michigan 48226

/s/ John R. Callison
John R. Callison

WITHDRAWAL OF PROOF OF CLAIM - CERTIFICATE OF SERVICE

1

4121-N-6458